**Order entered October 21, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00616-CR
No. 05-19-00617-CR
No. 05-19-00618-CR
No. 05-19-00619-CR
No. 05-19-00620-CR

**GABINO ALBERTO ARBALLO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 219-83311-2018, 219-84196-2018,**
**219-84197-2018, 219-84547-2018 & 219-84548-2018**

## ORDER

Before the Court is appellant's October 15, 2019 motion for extension of time to file his brief in cause no. 05-19-00620-CR. Appellant has not filed a similar motion in any of the other appeals.

The Court has issued a letter questioning its jurisdiction over cause nos. 05-19-00617-CR and 05-19-00618-CR. The Court has directed appellant to file a letter brief regarding the jurisdictional issues by October 21, 2019 with the State's letter brief due on November 5, 2019.

The Court **GRANTS** appellant's motion and extends the time to file appellant's brief in cause no. 05-19-00620-CR to November 15, 2019.  To keep the cases on the same briefing track and allow time for the Court to finish its jurisdictional review in cause nos. 05-19-00617-CR and 05-19-00618-CR, on its own motion, the Court extends the time to file appellant's brief or briefs in cause nos. 05-19-00616-CR, 05-19-00617-CR, 05-19-00618-CR, and 05-19-00619-CR to November 15, 2019.

/s/     CORY L. CARLYLE
        JUSTICE